THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| SUSAN JANE WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN FRANKLIN PARRA; PLAZA HOME MORTGAGE, INC.; MlKE McGUIRE; TRUIST BANK, INC.; BARON SILVERSTEIN; NEW REZ, INC.; JOSHUA BISHOP; SHELLPOINT MORTGAGE SERVICES, INC.; BENJAMIN J. MANN; JESSICA OLIVERI; HALLIDAY, WATKINS & MANN, P.C., INC.,<br><br>    Defendant. | MEMORANDUM DECISION AND ORDER DENYING [15 MOTION FOR INJUNCTION FOR RELIEF OF TREAT (sic) OF FORCLOSURE<br><br>Case No. 4:25 cv 30 DN<br><br>District Judge David Nuffer |

  Plaintiff Susan White has filed a document titled "INJUNCTION FOR RELIEF OF TREAT (sic) OF FORCLOSURE ("Motion")."[1] It was docketed as a Motion.

  The Motion refers to Fed. R. Civ. P. 65 in conclusory allegations.[2] The Motion contains no analysis. The Amended Complaint makes no claim for injunctive or other preliminary relief.[3] The Motion states clearly that the Amended Complaint seeks only damages: "Plaintiff brings cause of this action before the Honorable Court, for threat of actual, statutory, and punitive damages."[4]

---

[1] Docket no. 15, filed March 31, 2025.

[2] *Id.* ¶¶16-17 at 3.

[3] Demands for Relief ¶¶177-184, docket no. 14, filed March 31, 2025.

[4] Motion ¶1 at 1.

The record shows that summons have issued[5] but no returns of service are filed.

Without any substance to support the Motion and without notice to any parties, this Motion cannot be granted.

IT IS HEREBY ORDERED that the Motion[6] is DENIED.

Dated April 4, 2025.

BY THE COURT:

David Nuffer
United States District Judge

---

[5] Docket nos. 2-10, filed March 24, 2025.

[6] Docket no. 15, filed March 31, 2025.