IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| Susan Jane White©,<br><br>　　　　　　　Claimant,<br><br>v.<br><br>Kevin Franklin Parra, et al, PLAZA HOME MORTGAGE, INC., Mike McGuire, et al, TRUIST BANK INC., Baron Silverstein et al NEW REZ, LLC, INC., Paul Halliday Jr., Benjamin J. Mann, Steve Watkins, Jessica Oliveri, Joshua Bishop, et al, SHELLPOINT MORTGAGE SERVICES, INC. Paul Halliday Jr., Benjamin J. Mann, Steve Watkins, Jessica Oliveri, et al,  HALLIDAY, WATKINS & MANN P.C., INC.<br><br>　　　　　　　Defendants, | ) **RESPONSE TO SUMMONS**<br>) CROSS CLAIM-CROSS PETITION<br>) **To Implead United States**<br>) Pursuant to title 46: § 781, *nunc pro tunc*<br>**INDEX #: 4:25-cv-00030-DN-PK**<br>)<br>) TERMINATED<br>) CENSUS DESIGNATED ADDRESS<br>) 423 NORTH 900 EAST MOUNT<br>) PLEASANT, UTAH 84647<br>)<br>) **Title Insurance Policy**<br>#5020500-6058734<br>) **LODGED**<br>**2025 MAY 26 PM 9:05**<br>) **CLERK**<br>**U.S. DISTRICT COURT**<br>) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE REPRESENTATIVES FOR THE ABOVE NAMED DEFENDANT(S) HELD LIABLE:

**This RESPONSE TO SUMMONS, CROSS CLAIM – CROSS PETITION** is regarding the enclosed (11) SUMMONS IN A CIVIL ACTION filed with the clerk on 04/14/2025; pursuant to a complaint, and to the **ADVOCACY** for the repatriated U.S. CITIZEN'S, SUSAN JANE WHITE, ET ALIA, and Susan Jane White et al; and **Advocacy** for Susan Jane White© a living soul, and for : Susan- Jane: White© North American; in regards to the following:

**1) NOTICE OF DEFAULT AND ELECTION TO SELL recorded 12/24/2024; 2) NOTICE OF TRUSTEE SALE received on 04/24/2025**: delivered to the Terminated CDP Address being referenced as 423 NORTH 900 EAST, MOUNT PLEASANT, UTAH 84647; By HALLIDAY WATKINS & MANN, P.C., INC., (corporation); Named themselves as Successor Trustee (and Successor Trustee's Attorney) in the NOTICE OF TRUSTEES SALE: wherein they have no valid contract with the Trustor; Susan Jane White© the only signer on the Promissory Note; **who has Not granted any authority to HALLIDAY WATKINS & MANN P.C. INC. or to it's Attorneys; Susan Jane White© i.e., : Susan-Jane: White© is the only one who holds SUPERIOR Authority to the Perfected Title / real property.**

**3) No U.S. State has any security interest in Susan Jane White's© landed estate; now : Susan-Jane: White© North American's landed estate**: Commercial Law ordains that, "Anything permanently attached, is retained by the owner." : Susan-Jane: White© is the owner that has perfected the title by an ACKNOWLEDGMENT OF DEED and additional paperwork (included herein by reference) and holds perfected title in FEE SIMPLE ABSOLUTE to her real property on sovereign North American land; that has been lawfully declared in a Declaration and Demand to the Sanpete County Registrar / Recorder of Deeds; whereby any/all transfers to the Municipality(s), CITY OF MT. PLEASANT (securing their bonds) **is TERMINATED / NULL / VOID; including all option contracts are VOID.**

**4) A trustees deed or quitclaim deed**: is a legal instrument that is used to: **transfer interest (only) in real property, NOT ownership of the property;** in most jurisdictions, it is actually not a deed at all—it is actually an estoppel disclaiming rights of the person signing it to property,

**5) This is an Attempted unlawful seizure / theft of the subject real property**; by HALLIDAY WATKINS & MANN P.C., INC., Paul Halliday Jr., Benjamin J. Mann, Steve Watkins and Jessica Oliveri (and all defendants); <u>appointing themselves as Counterfeit Successor Trustees, without valid evidence of any granted authority;</u> **and pursuant to an unauthorized, non-judicial summary judgment process; by unregistered foreign agents**; also known as a criminal trespass.

**6) THE BOTTOM LINE HERE IS** --- The United Nations (they are operating under) is merely an international intergovernmental organization, it DOES NOT HAVE THE AUTHORITY TO AUTHORIZE THE ENFORCEMENT **OF ANY** FOREIGN JUDGMENTS, WHETHER FOREIGN OR DOMESTIC, judicial and/or non-judicial; or on sovereign North American land and soil. **This foreign matter is therefore being forwarded to the appropriate authorities to be lawfully addressed; to the Director of the Federal Bureau of Investigation to investigate what appears to be a "fraud scheme"; the United States is impleaded into the matter.**

***"Nemo plus iuris ad alium transferre potest quam ipse habet":*** **"one cannot transfer more rights than he has"**; HALLIDAY WATKINS & MANN P.C., INC., Paul Halliday, Benjamin J. Mann, Steve Watkins, Jessica Oliveri (including all defendants) have No granted authority and are being held liable at the highest level without immunity, collectively and each individually and personally.

**7) There is no valid authority to foreclose on the subject 'Promissory Note' or Trust Deed:**

The endorsement PAY TO THE ORDER OF - WITHOUT RECOURSE, on the subject Promissory Note (included herein by reference), constituted a counteroffer **rendering the original offer null and void, i.e., unenforceable.** Changing the Promissory Note from a UCC 3 secured investment to a UCC 8 **unsecured investment**; creating a COUNTER DEED invalidating the original public one; **thereby the public security instrument on file at the county clerk's office is rendered NULL and VOID, i.e, unenforceable.**

**\*\*\* I/we have forwarded this matter to the federal authorities (and to the United States authorities impleaded into the case) to alert them to the paper terrorism, legal muggings and theft taking place throughout United States Unified Court Systems, as it presents a clear and present danger to our very lives and to public safety; thereby the Federal Bureau of Investigation has been alerted for a full investigation into the matter.**

**8) SUSAN JANE WHITE, ET ALIA, Susan Jane White et al, are instrumentalities, that are individual and federally chartered entity(s) of The United States of America;** : Susan-Jane: White© North American (Susan Jane White© living soul), **do Not consent** to the unauthorized NOTICE OF DEFAULT AND ELECTION TO SELL and/or NOTICE OF TRUSTEE SALE instruments and/or the attempted fraud scheme by HALLIDAY WATKINS & MANN P.C. INC., Paul Halliday, Jr., Benjamin J. Mann, Steve Watkins, Jessica Oliveri and the defendants identified above; and/or to their unauthorized 'non-judicial summary judgment' process, by unregistered, unauthorized foreign agents; without evidence of valid authority to auction her real property; and their **attempted un-lawful seizure / theft of her home and real property located on sovereign North American Land, by an attempted 'break and enter Home Invasion'** under the INSURANCE policy associated with SERIAL NO: 5020500-60587834 adjudicated under INDEX NO.: 4:25-cv-00030-DN-PK; which could be considered a Criminal Trespass / Fraud Scheme, carrying prison sentences.

**These licensed private Americans are primarily being used to circumvent the limitations that are imposed by the U.S. Constitution and American Bill of Rights:**

**9) : Susan-Jane: White© North American (Susan Jane White© a living soul) is not authorized to address any quasi-diplomatic or quasi-governmental legal matters on behalf of the United States government**, and has no diplomatic authority; thereby the United States Attorney's General Pam Bondi, and the U.S. Attorney for the District of New York, Jay Clayton have been impleaded into this legal tax matter. *See United States Department of State Notice*:

**In the interest of public safety and to prevent the further endangerment to innocent lives; the immediate intervention by the above Federal Agencies is herein being demanded; and the Director, Mr. Kash Patel of the Federal Bureau of Investigation is herein being demanded to further investigate, and to protect and preserve the rights and real property rights of : Susan-Jane: White© North American by the American Bill of Rights; and if necessary, militarily enforce the limitations imposed by the U.S. Constitution;**

**10) And to investigate the operations of the Sanpete County Sheriff's and Sheriff's Office; and as it relates to the FEDERAL DISTRICT COURT (Salt Lake City, Utah)** and the SIXTH JUDICIAL DISTRICT COURT SANPETE COUNTY STATE OF UTAH AND SANPETE COUNTY JUSTICE COURT IN AND FOR SANPETE COUNTY STATE OF UTAH: and the FAIRVIEW CITY POLICE DEPARTMENT & CHIEF as well as the MT. PLEASANT CITY POLICE; whereby the papers they utilize to carry out armed abuse of power, issued from these foreign (tribunals / courts) appear to have no valid or proven authority. A peace officer is a sworn law enforcement official; a public sector employee such as police officer or sheriff's deputy authorized to enforce laws, maintain public order and are required to **protect life and property**.

Police are unauthorized armed paramilitary agents deployed by the UN in service to a "foreign power" with **NO Constitutional authority, and no authority to trespass on our land and soil; and with no authority to operate in our counties.**

By all appearances licensed Sanpete County Sheriff's are operating extraterritorially outside their UN jurisdiction in NEW YORK CITY / CITY OF NEW YORK;

By all appearances and by operation of law; the FAIRVIEW CITY / Fairview City Police, and MT. PLEASANT CITY / Mt. Pleasant City Police have NO authority to operate in Sanpete County. By all appearances the Sanpete County Sheriff's have NO authority to operate in Sanpete County, none; under UN Jurisdiction.

**Continued rebellion against the U.S. Constitution is a matter being addressed directly by the Federal Agencies and the U.S. Military**.

**11)** The NOTICE OF DEFAULT AND ELECTION TO SELL and/or NOTICE OF TRUSTEE SALE security instruments (and All further documentation) has been and will be forwarded to the Office of the U.S. Secretary of State, pursuant to 22 C.F.R. Part 172, and the Office of the U.S. Attorneys General pursuant to Title 28 § 547(3), and the Office of the U.S. Attorney Southern District of New York pursuant to Title 28 § 547(3) to be expeditiously addressed, *nunc pro tunc;* and pursuant to Title 18 § 675 to the Federal Bureau of Investigation Headquarters; and for a demand to a full investigation into the matter; and regarding any/all actions carried out against : Susan-Jane: White© North American (Susan Jane White© a living soul) and All North Americans.

**12) Cross Claim / Cross Petition includes a digested version of the rampant: Tax, Insurance and Non-probate Fraud attempt by HALLIDAY WATKINS & MANN P.C., INC.;** and Paul Halliday Jr., Benjamin J. Mann, Steve Watkins and Jessica Oliveri and the Defendants identified above; including any / all other unnamed individuals, officials, entities, parties; whereby all are held liable at the highest level without immunity being filed in the District Court.

### Liability of U.S. State officials

Pursuant to Title 46: § 781, libel in admiralty against or impleader of United States:

> A libel in personam in admiralty may be brought against the United States, or a petition impleading the United States, for damages caused by a public vessel of the United States, and for compensation for towage and salvage services, including contract salvage, rendered to a public vessel of the United States: Provided, that the cause of action arose after the ***6th day of April, 1920.***

An impleader is a procedural device through which third parties can be brought into litigation. Typically, the device is used by defendants who bring in another party and try to show that this "third party defendant", e.g., the U.S. Citizen which is lawfully obligated under the "Full Faith and Credit" clause of the U.S. Constitution is to be held liable instead of the original defendant, which in most cases is the reinsurer. See Caterpillar Inc. v. Lewis, 519 US 61 (1996).

FURTHER, the following stare decisis apply; Hafer v. Melo, 502 US 21:

> "U.S. Supreme Court held that state officials acting by "color of law" may be held personally liable for the injuries or torts they cause and that official or sovereign immunity may not be asserted.", Scheuer v. Rhodes, 416 US 232 (1974), 94 S. Ct. 1683, 1687 (1974).

Notice to Principals is Notice to Agents. Notice to Agents is Notice to Principals Applicable to all Successors and or Assigns. *Explicitly reserving all rights without Prejudice.*

In full life, I command into the light of revelation all involved parties. Executed this 26th day of May 2025.

**By: Advocate**; for and on behalf of : Susan-Jane: White©, *sui juris* (Susan Jane White© a living soul) of North America formerly Turtle Island without any Legislative or Civil Disability; and in my capacity as **ADVOCATE** for repatriated U.S. Citizen(s) SUSAN JANE WHITE; ET ALIA; Susan Jane White, et al;

In Golden Light – By: Advocate / ADVOCATE_____ *sui juris* _____ (Initials).

Copies: To Whom I Will

Enclosures: United States Department of State Notice, (11) Summons, The NOTICE OF DEFAULT AND ELECTION TO SELL, and NOTICE OF TRUSTEE SALE security instruments.